UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LAWRENCE ALVIN BULLOCK, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| CHARLES VANCE, M.D., ) | No. 5:12-CV-682-FL |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 6, 2013, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on June 7, 2013, and Copies To:**

Lawrence Alvin Bullock, III (via U.S. Mail) Central Regional Psychiatric Hospital
300 Veazey Road, Butner, NC 27509-1626


June 7, 2013    JULIE A. RICHARDS, CLERK
     /s/ Christa N. Baker
    (By) Christa N. Baker, Deputy Clerk